No. 74–812.  CHAMPION OIL SERVICE CO. v. SINCLAIR OIL CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.  ■

No. 74–814.  MCCARTHY v. AMERICAN RED BALL TRANSIT CO., INC.  Sup. Ct. N. H.  Certiorari denied.

No. 74–815.  EVANS v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 5th Cir.  Certiorari denied.  ■

No. 74–826.  BERGSTRALH v. LOWE ET AL.  C. A. 9th Cir.  Certiorari denied.  ■

No. 74–829.  MCCLURE v. FIRST NATIONAL BANK OF LUBBOCK, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74–5347.  WARD v. GRIGGS, INSTITUTION SUPERINTENDENT, ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 74–5348.  WARD v. GRIGGS, INSTITUTION SUPERINTENDENT.  Sup. Ct. Cal.  Certiorari denied.

No. 74–5357.  SHORT v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 74–5381.  STENGEL v. CALIFORNIA ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 74–5399.  MAXIE v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 74–5414.  AGUIRRE v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 74–5455.  COWPER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5459.  WARD v. GRIGGS, INSTITUTION SUPERINTENDENT.  Sup. Ct. Cal.  Certiorari denied.